## Commonwealth *v.* Graham, Appellant.

Argued November 15, 1961. Before ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ. (RHODES, P. J., absent).

Before MOOK, P. J., specially presiding, without a jury.

*Joseph S. Schuchert, Jr.,* for appellant.

*William Claney Smith,* Assistant District Attorney, with him *F. G. Antoun,* Deputy Attorney General, and *Edward C. Boyle,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, December 14, 1961:

The six Judges who heard the argument of this appeal being equally divided in opinion, the judgment of sentence of the lower court is affirmed.